IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (COLUMBUS)

| | |
|---|---|
| GREGORY LEE JAMES, | CASE NO.   2:22-CV-00534-JLG-KAJ |
| Plaintiff, | JUDGE JAMES L. GRAHAM |
| vs. | **STIPULATED NOTICE OF DISMISSAL** |
| KAL FREIGHT, INC., et al., | |
| Defendants. | |

Plaintiff Gregory Lee James and Defendants Kal Freight, Inc. and Abdi Omar Hassan, by and through their respective counsel, hereby jointly submit this Stipulated Notice of Dismissal to the Court pursuant to Rule 41(a)(1)(A)(ii). This case has been resolved by way of good faith settlement. The parties together stipulate that all claims herein are dismissed with prejudice.

IT IS SO STIPULATED AND ORDERED.

Date: _____        _____

JUDGE

**Jointly Submitted and Approved by:**

Per email approval of April 11, 2022:

| | |
|---|---|
| */s/ Michael A. Galasso* | */s/ Christopher E. Cotter_* |
| Michael A. Galasso | Christopher E. Cotter (84021) |
| Robert M. Ernst | ccotter@ralaw.com |
| Robbins, Kelly, Patterson & Tucker | Roetzel & Andress, LPA |
| 312 Elm St., Suite 2200 | 222 South Main Street |
| Cincinnati, Ohio  45202-2748 | Akron, OH  44308 |
| Phone: 513.721.3330 | Direct:  330.819.1127 |
| Fax: 513.721.5001 | Facsimile:  330.376.4577 |
| mgalasso@rkpt.com | |
| rernst@rkpt.com | ATTORNEYS FOR DEFENDANTS |
| | KNIGHT TRANSPORTATION, INC. |
| ATTORNEYS FOR PLAINTIFF | AND JOSEPH LISO |

## **PROOF OF SERVICE**

I hereby certify that on this 11th day of April, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Michael A. Galasso
Robert M. Ernst
Robbins, Kelly, Patterson & Tucker
312 Elm St., Suite 2200
Cincinnati, Ohio 45202-2748
Phone: 513.721.3330
Fax: 513.721.5001
mgalasso@rkpt.com
rernst@rkpt.com

ATTORNEYS FOR PLAINTIFF


*/s/ Christopher E. Cotter*
One of the Attorneys for Defendants

3

18084974 _1 143250.0008